# Third District Court of Appeal

## State of Florida

Opinion filed March 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1566
Lower Tribunal Nos. 2001907739 & 51240002694DR
_____

**Terry Alonzo Smith, Jr.,**
Appellant,

vs.

**State of Florida Department of Revenue, Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida Department of Revenue, Child Support Program.

Terry Alonzo Smith, Jr., in proper person.

James Uthmeier, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee State of Florida Department of Revenue.

Before LOGUE, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See § 409.2563(7)(b), Fla. Stat.; Angilot v. State, Dep't of Revenue, Child Support Program, 394 So. 3d 711, 711-712 (Fla. 3d DCA 2024) ("Because Appellant failed to participate in the administrative proceedings by returning the forms for financial information supplied him by the Department and failed to request an administrative hearing after notice of his right to do so and the consequences for failing to do so, Appellant has not preserved any issue for this Court's appellate review. By waiving his right to a hearing, Appellant waived his ability to challenge the sufficiency of the evidence to support the Department's determination of his child support obligations." (quoting Standard v. State, Dep't of Revenue, Child Support Enf't Program, 249 So. 3d 798, 798-99 (Fla. 1st DCA 2018)).